# IN THE UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| **INDIANA HELICOPTERS, LLC d/b/a SWEET HELICOPTERS**, | : | |
| | : | |
| Petitioner, | : | |
| v. | : | |
| | : | |
| **FEDERAL AVIATION ADMINISTRATION**; and **BRYAN BEDFORD**, in his official capacity as Administrator of the Federal Aviation Administration, | : | Case No: _____ |
| | : | |
| Respondents. | : | |

## PETITION FOR REVIEW

Pursuant to 49 U.S.C. § 46110 and Federal Rule of Appellate Procedure 15, Petitioner Indiana Helicopters, LLC, d/b/a Sweet Helicopters ("Sweet Helicopters") hereby petitions this Court for review of the Notice of Permanent Closure; Indianapolis Downtown Heliport, Indianapolis, Indiana (the "Notice," attached as Exhibit A) published by the Federal Aviation Administration in the Federal Register on November 14, 2025.  90 Fed. Reg. 51,067 (Nov. 14, 2025).  The Notice refers to and incorporates an unpublished letter of intent, dated November 25, 2024, which is attached as Exhibit B.

Sweet Helicopters asks the Court to set aside the Notice as arbitrary, capricious, an abuse of discretion, and not in accordance with law. Sweet Helicopters asks that this Court vacate and set aside the agency action and grant all other appropriate relief.

Dated: January 12, 2026

/s/ Jennifer Trock

Jennifer Trock
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: 202.739.3000
Fax: 202.739.3001
jennifer.trock@morganlewis.com

John C. Goodchild III
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, PA 19103-3001
Tel: 215.963.5000
Fax: 215.963.5001
john.goodchild@morganlewis.com

*Attorneys for Petitioner Indiana Helicopters, LLC d/b/a Sweet Helicopters*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing petition for review has been served by United States first-class mail on January 12, 2026, upon each of the following:

Mario Rodriguez
Executive Director
Indianapolis Airport Authority
7800 Col. H. Weir Cook Memorial Drive, Suite 100
Indianapolis, IN 46241

*/s/ Jennifer Trock*
Jennifer Trock

# EXHIBIT A


Case: 26-1054    Document: 1-1    Filed: 01/12/2026    Pages: 12
Federal Register / Vol. 90, No. 218 / Friday, November 14, 2025 / Notices

51067

species or stocks, and any other pertinent information, NMFS determines that there are no more than minor changes in the activities, the mitigation and monitoring measures will remain the same and appropriate, and the findings in the initial IHA remain valid.

Dated: November 10, 2025.

**Samuel D. Rauch III,**

*Deputy Assistant Administrator for Regulatory Programs, National Marine Fisheries Service.*

[FR Doc. 2025–19886 Filed 11–13–25; 8:45 am]

**BILLING CODE 3510–22–P**

---

## ENVIRONMENTAL PROTECTION AGENCY

**[FRL OP–OFA–197]**

### Environmental Impact Statements; Notice of Availability

*Responsible Agency:* Office of Federal Activities, General Information 202–993–3272 or *https://www.epa.gov/nepa.*

Receipt of Environmental Impact Statements (EIS)

For Emergency Publication.

Pursuant to CEQ Guidance on 42 U.S.C. 4332.

*Notice:* Section 309(a) of the Clean Air Act requires that EPA make public its comments on EISs issued by other Federal agencies. EPA's comment letters on EISs are available at: *https:// cdxapps.epa.gov/cdx-enepa-II/public/ action/eis/search.*

*EIS No. 20250152, Draft Supplement, USACE, TX,* Matagorda Ship Channel Improvement Project, Port Lavaca, Texas, Comment Period Ends: 12/29/ 2025, Contact: Heather Briscoe 409–766–3139.

Dated: November 12, 2025.

**Nancy Abrams,**

*Associate Director, Office of Federal Activities.*

[FR Doc. 2025–19890 Filed 11–13–25; 8:45 am]

**BILLING CODE 6560–50–P**

---

## FEDERAL RETIREMENT THRIFT INVESTMENT BOARD

### Notice of Board Meeting

**DATE:** November 20, 2025, at 11:00 a.m. ET.

**ADDRESSES:** Telephonic. Dial-in (listen only) information: Number: 1–202–599–1426, Code: 699 114 845#; or via web: *https://www.frtib.gov/.*

**FOR FURTHER INFORMATION CONTACT:** James Kaplan, Director, Office of External Affairs, (202) 864–7150.

**SUPPLEMENTARY INFORMATION:**

### Board Meeting Agenda

*Open Session*

1. Approval of the October 28, 2025, Board Meeting Minutes
2. Monthly Reports
   (a) Participant Report
   (b) Investment Report
   (c) Legislative Report
3. Quarterly Reports
   (d) Metrics
4. Internal Audit Update

*Closed Session*

5. Information covered under 5 U.S.C. 552b(c)(6).

*Authority:* 5 U.S.C. 552b(e)(1).

Dated: November 10, 2025.

**Dharmesh Vashee,**

*General Counsel, Federal Retirement Thrift Investment Board.*

[FR Doc. 2025–19879 Filed 11–13–25; 8:45 am]

**BILLING CODE;P**

---

## DEPARTMENT OF TRANSPORTATION

### Federal Aviation Administration

### Notice of Permanent Closure; Indianapolis Downtown Heliport, Indianapolis, Indiana

**AGENCY:** Federal Aviation Administration (FAA), DOT.

**ACTION:** Notice.

**SUMMARY:** The Federal Aviation Administration (FAA) received written

notice from the Indianapolis Airport Authority on August 12, 2025 that it will permanently close the Indianapolis Downtown Heliport (8A4), Indianapolis, IN on December 15, 2025. The notice was in excess of 30 days before the closure in accordance with federal law.

**DATES:** The permanent closure of the heliport is effective as of December 15, 2025.

**FOR FURTHER INFORMATION CONTACT:** Debra L. Bartell, Acting Deputy Director, Airports Division, Great Lakes Region, (847) 294–7272.

**SUPPLEMENTARY INFORMATION:** 8A4 is a 5.36 acre, non-towered, heliport that is listed in the National Plan of Integrated Airport Systems (NPIAS). The Indianapolis Airport Authority (IAA) has been the recipient of grant funding from the FAA at 8A4 in the past. On November 25, 2024, the FAA issued a letter of intent to release IAA of its Federal obligations at 8A4 and authorize closure of the Heliport. Section 46319 of Title 49 of the United States Code [49 U.S.C. 46319] provides that a public agency (as defined in 49 U.S.C. 47102) may not permanently close an airport listed in the NPIAS under 49 U.S.C. 47103 without providing written notice to the Administrator of the FAA at least 30 days before the date of closure. The FAA recognized the letter received August 12, 2025, from IAA meets that requirement and is publishing IAA's notice of permanent closure of the Indianapolis Downtown Heliport in accordance with 49 U.S.C. 46319(b). The FAA will release IAA of its Federal obligations at 8A4 once all required actions as outlined in the November 25, 2024 letter have been completed.

Issued in Des Plaines, IL, on November 5, 2025.

**James Gregory Keefer,**

*Acting Director, Airports Division, Great Lakes Region.*

[FR Doc. 2025–19883 Filed 11–13–25; 8:45 am]

**BILLING CODE 4910–13–P**

# EXHIBIT B



U.S. Department
of Transportation
**Federal Aviation
Administration**

Office of the Associate Administrator
 for Airports

800 Independence Ave, SW.
Washington, DC 20591

November 25, 2024

Mario Rodriguez
Executive Director
Indianapolis Airport Authority
7800 Col. H. Weir Cook Memorial Drive
Indianapolis, IN  46241

**Re:     Indianapolis Downtown Heliport, Indianapolis, Indiana Intent to Release All
         Federal Obligations and Approve Permanent Heliport Closure**

Dear Mr. Rodriguez:

The Federal Aviation Administration (FAA) has completed its review of the request of the
Indianapolis Airport Authority, Indiana, (Authority) to release the Authority from its Federal
Airport Improvement Program (AIP) obligations associated with the Indianapolis Downtown
Heliport (Heliport) in Indianapolis, Indiana, and close the Heliport.  As a result of this review, the
FAA has determined the request should be granted and hereby issues this letter of intent to
release the Authority from its Federal obligations and authorize the closure of the Heliport,
subject to the Authority's satisfaction of the conditions and requirements set forth below.  The
following provides the basis for this FAA decision.

## 1.  Release and Closure Process

The FAA supports airport development and preservation throughout the United States.  The
National Plan of Integrated Airport Systems (NPIAS) identifies nearly 3,400 existing and
proposed airports and heliports that are significant to national air transportation and eligible to
receive Federal AIP grants. Title 49 United States Code (U.S.C.) § 47101, et seq., provides for
Federal airport financial assistance for developing public use airports under the AIP, which was
established by the Airport and Airway Improvement Act of 1982, as amended.  The statute sets
forth assurances, which an airport sponsor agrees to as a condition precedent to the receipt of
Federal financial assistance.

After accepting an AIP grant, the assurances become a binding obligation between the heliport
sponsor and the Federal government.  In accepting Federal financial assistance, the Authority
agreed to specific Federal obligations, including the commitment to keep the heliport open and
make it available for public use as a heliport.

In considering a request to permanently close an airport, the FAA must apply all statutes, regulations, and FAA policies, including FAA Order 5190.6B, FAA Airport Compliance Manual, Chapter 22, *Releases from Federal Obligations*. The FAA's review includes all Federal obligations of the airport and its demonstrated benefit to civil aviation. The FAA also considers nearby airports or new replacement airports of at least equal value to the national aviation system.

## 2.  Background on Heliport

Indianapolis Downtown Heliport (8A4) is currently in the National Plan of Integrated Airport Systems (NPIAS) categorized as a heliport. 8A4 is a non-towered heliport with one based helicopter and has an apron, fuel farm, two hangars, and nonaeronautical facilities. In addition, there is a parking garage below the heliport. According to the Authority, there is a significant reduction in demand resulting in minimal helicopter operations, and the one based helicopter will be relocated to another Authority airport. The Authority claims that tenants, operations, and operating revenues have decreased while operating expenses have increased. The remaining aeronautical functions and/or infrastructure would be relocated to its medium hub Indianapolis International Airport (IND) or one of the Authority's other obligated general aviation airports. The Authority also has committed to building vertiport infrastructure at IND and other possible sites, which will require a planning study. The Authority would like to permanently close the heliport and sell the property for redevelopment.

In 1983, the FAA announced the National Prototype Demonstration Heliports Program, and an application was submitted. During 1983, the Indiana Department of Transportation (DOT) included the heliport in the Indianapolis Metropolitan Airport System Plan as a reliever heliport, its federal designation was changed accordingly to "reliever heliport" in the NPIAS, a necessary requirement for consideration in the national prototype program. From 1983 to 2020, the Authority accepted AIP grant amounts of $2,476,229 in entitlements, $4,211,674 in discretionary, and $20,000 in COVID-Relief for a total of $6,707,903 funds. Of this amount, the Authority accepted approximately $574,900 in Federal grants to acquire approximately 6.6 acres for the heliport. However, at the time of the original heliport development, three tracts of land were released totaling 0.937 acres for road changes and utilities. These releases appear to be in support of the original heliport development. Consequently, the remaining land requested to be released from the Federal obligations is 5.36 acres.

The Authority is also the sponsor of Indianapolis International Airport, Eagle Creek Airpark, Indianapolis Metropolitan Airport, Indianapolis Regional Airport, and Hendricks County Airport. These airports are part of the NPIAS. The Indianapolis Downtown Heliport is located near these other public use airports.

The State of Indiana (State) concurs that the facility is underutilized and acknowledges the closure. The State recommends alternatives other than closure be explored with Air Mobility and electric vertical take-off and landing (EVTOL) being developed for the future, including possibly selling the facility and transferring it to another sponsor to keep it in the Indiana State Aviation System. The Authority responds that it will conduct a comprehensive planning study on Air Mobility and EVTOL activities surrounding Indianapolis, which the FAA agrees with.

On February 7, 2023, a Notice was published in the Federal Register indicating the FAA is considering a proposal to change the land from aeronautical use to non-aeronautical use, to permanently close the Indianapolis Downtown Heliport and authorize the sale of all heliport property. Public comments closed on March 9, 2023. The Notice received 270 comments during the comment periods all opposing the proposed closure.

The Authority contends the rehabilitation costs would be exorbitant; there is limited aeronautical activity; IU Health is in the process of relocating its helicopter operations to an airport; and the Sponsor has committed to building a vertiport at IND, which is an approximately 15-minute drive from the Heliport, at the appropriate time.

Also, in the 3 years since the Authority submitted its request for closure and in the 18 months since the FAA published the Federal Register Notice for the public, neither the FAA nor the Authority has received a formal request from any entity to acquire and operate the heliport.

The FAA finds the closure of the Indianapolis Downtown Heliport will not impact the national system of airports due to the lack of aeronautical use of and interest in the Heliport, the lack of helicopters based at the Heliport, and the proximity of other actively used public use airports available to helicopters located in the vicinity.

## 3.  Disposal and Future Airport Development

The Authority previously selected independent and qualified appraisers to determine the fair market value (FMV) of the Heliport property.  Two appraisers submitted reports that have effective appraisal dates of May 2, 2022, and May 23, 2022.  The value opinions in the appraisals were $9,000,000 and $10,500,000 respectively.  The FAA also received an independent review appraisal on June 12, 2022.  The FAA determined that the appraisals met all Federal requirements on the acquisition and disposal of real property interests of the United States.  The independent review appraised FMV of the property is $9,500,000, which the FAA accepted as FMV.

However, 8A4 will not close until 2025 and these appraisals are over one year old. Thus, these appraisals are not current. The Authority will need to provide the FAA with two new appraisals and an independent review appraisal within six months of the final proposed Heliport closure date. Once the FAA finds this value to be reasonable and acceptable, the Authority will publicly sell the land for no less than FMV after the Heliport closes.

The FAA also expects the Authority to pay the unamortized portion of prior AIP grants provided for the Indianapolis Downtown Heliport. The unamortized grant amount will be calculated based on the actual closure date using a straight-line depreciation methodology and is subject to an audit. All amounts owed by the Authority are subject to review and approval by the Great Lakes Regional Airports Division.

The FAA considers, among other relevant details, whether a release of the Federal obligations constitutes a net benefit to civil aviation. The FAA finds the release of the Indianapolis Downtown Heliport property constitutes a net benefit to civil aviation.  The Authority identified and agrees to invest the total funds listed below into the Indianapolis Regional Airport (MQJ). The Authority's contribution for use at MQJ benefits civil aviation by providing that airport, and perhaps others in its system of airports, with additional financial support, a source for aeronautical capital or operational expenses, and will aid their financial self-sustainability.  The funds to be contributed are identified as follows:

- The FMV of the Indianapolis Downtown Heliport property, as established by new appraisals that are acceptable to the FAA;
- An amount equal to the Federal share of the unamortized portion of AIP grants provided for the Indianapolis Downtown Heliport as determined by the FAA and provided to the Authority; and
- An amount equal to the airport revenue remaining in the Heliport account due to or received by the Authority through the date on which the Heliport is closed, is estimated to be $0.

## 4.  **Environmental Findings**

The FAA determined on October 6, 2022, that the proposed release of Federal obligations and closure of the Heliport is Categorically Excluded pursuant to FAA Order 1050.1F, in accordance with the National Environmental Policy Act, as amended (NEPA). No further Federal environmental review or documentation is required.

## 5.  **FAA Determination**

Based on these applicable facts, the FAA hereby intends to release Indianapolis Airport Authority from all Federal restrictions, conditions, and limitations associated with the use, encumbrance, conveyance, and closure of Indianapolis Downtown Heliport, but its closure is subject to the following conditions:

Submit to the FAA the final proposed date of permanent closure of the Heliport. After the FAA agrees with the final proposed closure date, the Authority is required to complete the following actions.

1. Ensure the removal of all airworthy aircraft and associated operations from the Heliport prior to the permanent closure of the Heliport.

2. A notice must be published by the FAA in the Federal Register at least 30 days before the proposed date of permanent closure, as required under 49 U.S.C. §§ 46319, 47107(h)(2) and 47153(c).  The Authority must provide the actual date to the FAA with sufficient time to provide the 30-day Federal Register public notice.

3. Submit for a 7460 airspace study to close the heliport. Additionally, at least 90-days prior to desired closure, use the Flight Procedures Gateway (https://www.faa.gov/air_traffic/flight_info/aeronav/procedures/) to request cancellation of associated instrument approach procedures. Procedures will need to be canceled to officially decommission the heliport from our publications.

4. Provide updated appraisals and review appraisals acceptable to the FAA for the FMV sale of the closed Heliport with FMV valuation dates within six months of the final proposed closure date.

5. Conduct a comprehensive planning study on Air Mobility and EVTOL activities surrounding the Authority's airports within three years. Provide the date by which the Authority will begin the study to FAA prior to the release of obligations and approval to close.

6. Issue any Notice to Air Missions needed to facilitate the Heliport closure, as agreed upon and approved by the FAA's Great Lakes Regional Airports Division.

7. Obliterate all markings and disconnect lighting circuits associated with the closed heliport upon Heliport closure.

8. Conduct a sale of the Heliport land beginning at no less than FMV.

9. Provide to the Great Lakes Regional Airports Division documentation demonstrating that the net proceeds from the sale have been made to the Authority airport fund account. The minimum amount must be equal to or greater than the FAA-accepted appraised FMV of the Heliport property (net settlement costs), and provided to the airport accounts within 60 days of the date of the sale closing, which is subject to an audit. The Authority must reinvest the funds into eligible airport projects in accordance with FAA policy and all Federal statutory requirements.

10. Transfer all heliport and aviation-related equipment at the Heliport owned by the Authority that the FAA determined to be salvageable for use at other airports prior to the execution of the final written verification.

The FAA's Great Lakes Region Airports Division will confirm the Authority has completed the actions listed above. The FAA will provide the Authority with the final written verification that all actions have been completed by the Authority.

Should you have any questions or need additional information, please contact Mr. Richard Kula, Manager, AGL-610, Great Lakes Regional Airports Division, at (847) 294- 7507.

Sincerely,

SHANNET
TA R
GRIFFIN

Digitally signed by
SHANNETTA R
GRIFFIN
Date: 2024.11.25
16:30:49 -05'00'

Shannetta R. Griffin, P.E.
Associate Administrator
 for Airports

cc:  Jim Keefer, Acting Director, Office of Airports Great Lakes Region, AGL-600